UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUERDA

V. C.A. NO. 03-186ML

JOSEPH DINITTO, ET. AL.

PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS

NOW COMES the Above NAMED Plaintiff, in PRO-SE, AND RESPECTFULLY STATE IN RESPONSE AND objection TO defendants' MOTION to dismiss AS Follows:

1. the defendants have ASKED this Court to dismiss Plaintiff's Complaint PURSUANT to Fed. R. Civ. Proc. 41 (b), FOR FAILURE to PROSECUTE.

2. Plaintiff strongly asserts that he had diligently Pursued his litigation. the RECORD shows that.

3. the Plaintiff is indigent AND this Court granted his motion to Proceed in FORMA

Pauperis in this action, and this Court is aware that the Plaintiff is unable to pay for his transportation to Rhode Island.

4. The Plaintiff respectfully submits that dismissal of his action for failure to prosecute, he will be denied fair and reasonable access to the Court to redress of his Rights.

Based upon the records in this case, and the above and foregoing, Defendants' motion to dismiss is without merit, and as a matter of law and justice should be denied by this Honorable Court.

Respectfully submitted.

[signature]

BERNARDO FIGUEROA. #272332
R.O.S.P. P.O. BOX 1900
POUND, VIRGINIA 24279

## CERTIFICATE OF SERVICE

I hereby certifies that on this 15 day of June 2005. A true copy of the within objection was mailed to defendant's attorney Michael Grant, Esq. at RIDOC. 40 Howard Ave. Cranston, RI 02920.

[signature]