UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 03-186ML** **DATE: June 17, 2005**

**TITLE: Bernardo Figueroa v. DeNitto, et al.**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**

**IN CHAMBERS:**

---

**COUNSEL PRESENT:**

**pro se pltf: Bernardo Figueroa (via telephone call to Red Onion State Prison in Virginia)**
**for Dept. of Corrections: Michael B. Grant**

**Proceedings: Hearing on Defts' M/Dismiss for Lack of Prosecution**

**Mr. Grant addresses defts' motion. Mr. Figueroa responds.**

**Court advises plaintiff that he may proceed to trial without a jury if he chooses to provide the Court with a written waiver. Pltf advises the Court that he does not wish to waive that right, although he cannot afford to pay for travel to RI for jury trial.**

**Court to issue written decision re: defts' motion.**