# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**BERNARDO FIGUEROA**

**v.** **C.A. 03-186ML**

**JOSEPH DiNITTO, Associate Director of the Department of Corrections, ASHBEL T. WALL, Director of the Department of Corrections and P. JENSON, Law Librarian, Department of Corrections**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, Joseph DiNitto, Ashbel T. Wall and P. Jenson, against the plaintiff, Bernardo Figueroa, pursuant to the Memorandum and Order of this date GRANTING the defendants' Motion to Dismiss..**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: August 11, 2005**