# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,
PLAINTIFF-APPELLANT,

V. C.A. NO. 03-186 ML.

JOSEPH A. DINITTO, ET. AL,
DEFENDANT-APPELLEES,

## NOTICE OF APPEAL

Notice is hereby given that Bernardo Figueroa, according to Rule 3 and 4 F.R.A.P. and Rule 45 of the Local Rule of the U.S. District Court of Rhode Island, appeals to the First Circuit U.S. Court of Appeals, from the final judgment entered in the above entitled action on August 11, 2005.

DATED: August 16, 2005

Respectfully submitted,

[signature]

BERNARDO FIGUEROA, #272332
RED ONION STATE PRISON
P.O. BOX 1900
POUND, VIRGINIA 24279

# CERTIFICATE OF SERVICE

I hereby Certifies that in this 16th day of August 2005. A True copy of the Within notice of Appeal Was mailed to defendants' Appellees and their Attorney, Michael B. Grant. Esq. At RIDOC Legal Dept. 40 Howard Avenue. Cranston. R.I. 02920, and the clerk's office of the First Circuit Court of Appeals at John Joseph Moakley U.S. Courthouse, 1 Courthouse Way - Suite 2500, Boston. Massachusetts. 02210

[signature]

BERNARDO FIGUEROA