UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
AUG 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

BERNARDO FIGUEROA,
Plaintiff-Appellant,

v. C.A. No. 03-186 ML.

JOSEPH A. DINITTO, et al.,
Defendants-Appellees.

Granted. Mary M. Lisi USDJ 8/23/05

## MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Plaintiff-appellant, Bernardo Figueroa, in Pro-se, and respectfully move this Honorable Court in a motion to Proceed in Forma Pauperis and in support states the following:

1. I am the Plaintiff-Appellant in the above-entitled action and for the past fifteen (15) years I have been incarcerated, the last seven in segregation, isolation and sensory deprivation unit in supermaximum security facilities without job assignment opportunities.

2. I am presently confined in segregation at

the Virginia supermaximum security facility "Red Onion State Prison" Where I have been for the past several years.

3. I Rely on inmate pay, and I had not job and no money. I do not own any financial bank accounts nor do I have anything of valuable property, or anything of real value.

4. I understand that false statement of indigency will subject me to penalties for perjury. The factual representation are true and correct to the best of my knowledge

Respectfully submitted,

[signature]

BERNARDO FIGUEROA #272332
R.O.S.P. P.O. BOX 1900
POUND. VIRGINIA 24279

## CERTIFICATE OF SERVICE

I hereby certifies that on this 16th day of August 2005, a true copy of the within motion was mailed to defendants'-appellees and their attorney Michael Grant, Esq. at RIDOC. 40 Howard Ave. Cranston. R.I. 02920

[signature]