USDC / RI
03-00186
Lisi, M.

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2288

BERNARDO FIGUEROA,

Plaintiff, Appellant,

v.

JOSEPH DINITTO, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: February 23, 2006

We grant appellees' motion for summary affirmance, substantially for the reasons given in the district judge's thorough Memorandum and Order dated August 11, 2005.

We comment on only one matter raised in a letter filed by appellant in this court, which may implicitly seek injunctive relief. Appellant advises "for the record" that the Rhode Island Department of Corrections plans to return him to the Virginia prison system "without penological justification and without due process of law." Regarding that claim, the appellate record indicates that, as of August 2004, the appellant was reclassified from high to medium security; and that, before his temporary return to Rhode Island in October 2005, he was housed in a supermaximum prison in Virginia. Recently, the Supreme Court has held that due process protections may attach to assignments to supermaximum prisons. Wilkinson v. Austin, 125 S. Ct. 2384, 2394-95 (2005)

(evaluating the Ohio supermax prison). Presently, however, it is unclear what implications, if any, Austin might have regarding appellant's return to Virginia. In addition, we do not know appellant's current security classification, or where he will be confined upon his return to Virginia. Under the circumstances, we have no basis for acting at this time. In any event, appellant would first have to seek relief through a proper filing, in writing, in the district court. We will not entertain allegations of this nature for the first time on appeal.

Affirmed. See 1st Cir. Loc. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

______________________
Deputy Clerk

Date: 3/16/6

[cc: Bernardo Figueroa, Michael Grant, Esq.]